UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
United States,

                                                        <u>CONSENT ORDER
MODIFYING CONDITIONS OF
RELEASE</u>

        - against -

                                                        Case No. **16-cr-228 (NLH)**

Haresh Aildasani,

                Defendants.
-----------------------------------------------------------X

        THIS MATTER having come before the Court on consent of the parties and pretrial services, in the above-referenced action; it is hereby:

        ORDERED Pre-trial Services release Mr. Aildasani's passport so that Mr. Aildasani may take the passport to the Japanese Embassy.

        FURTHER ORDERED that Mr. Aildasani shall return his passport to Pretrial Services without delay once his passport is returned to him from the Japanese Embassy.

Dated: December, 23rd 2016

                                                        So Ordered

                                                        */s/ Noel C. Hillman*
                                                       HON. NOEL L. HILLMAN

# THE LAW OFFICE OF
# Michael Fineman, Esq.

225 Broadway, Suite 3604, New York, New York 10007 Tel: 212-233-4500 Fax: 212-233-4501
www.TheFinemanFirm.com

December 20, 2016

**VIA EMAIL**
Hon. Noel L. Hillman
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

RE:      Case:      **USA v. Haresh Aildasani**
            Case No.    **16-cr-228 (NLH)**

Dear Judge Hillman:

      I write the Court on behalf of my client, Haresh Aildasani, to request the Court temporarily modify the terms of Mr. Aildasani's release. I have discussed this request with Mr. Hafetz, attorney for the Government, and Mr. Jeffrey Paterson of Pretrial Services and they inform me that they have no objection to the modification.

      I respectfully request that the Court issue an order directing Pre-trial Services release Mr. Aildasani's passport so that Mr. Aildasani may take the passport to the Japanese Embassy to keep his Japanese visa/residency card current and valid. It is my understanding that the Japanese Embassy would typically hold the passport for a period of approximately two weeks, and then return the passport to Mr. Aildasani. Once Mr. Aildasani receives the passport from the Embassy, Mr. Aildasani shall return it to Pretrial Services without delay.

      I am now submitting a consent order for the Court's consideration and ask Your Honor to grant the modification.

      I thank the Court in advance for your consideration of the above request.

Respectfully,

Michael Fineman, Esq.

cc:      AUSA Josh Hafetz (Via e-mail)